IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**JOE MASON ALLEN**                                                                                      **PLAINTIFF**

V.                                           **CASE NO. 5:21-CV-5098**

**JUDGE MARK LINDSAY;**
**PROSECUTOR DENNIS DEAN;**
**SHERIFF TIM HELDER,**
Washington County, Arkansas;
**CLERK KYLE SYLVESTER;**
**STATE OF ARKANSAS;** and
**WASHINGTON COUNTY, ARKANSAS**                                                 **DEFENDANTS**

## ORDER

Currently before the Court is the Report and Recommendation ("R&R") (Doc. 9) of the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas, dated June 30, 2021.  The case was referred to Magistrate Judge Ford for preservice screening pursuant to 28 U.S.C. § 1915A.  He recommends dismissing all claims in the Complaint without prejudice.  More than fourteen (14) days have passed since the parties' receipt of the R&R, and no objections were filed.

**IT IS ORDERED** that the R&R (Doc. 9) is **ADOPTED IN ITS ENTIRETY**.  The claims in this case are frivolous, are asserted against persons who are immune from suit, and fail to state claims upon which relief may be granted pursuant to 28 U.S.C. § 1915A.  Accordingly, the case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the dismissal of this case constitutes a strike pursuant to 28 U.S.C. § 1915(g), and the Clerk of Court is **DIRECTED** to place a § 1915(g) strike flag on the case.

Case 5:21-cv-05098-TLB   Document 10   Filed 07/20/21   Page 2 of 2 PageID #: 50

- 2 -

**IT IS SO ORDERED** on this 20th day of July, 2021.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE

Case 5:21-cv-05098-TLB   Document 10   Filed 07/20/21   Page 2 of 2 PageID #: 50